**Order entered October 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-01267-CV

---

**JASON EDWARDS AND TIFFANY EDWARDS, Appellants**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04067-C**

---

## ORDER

Before the Court is appellants' October 9, 2018 motion for extension of time to file corrected brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 22, 2018. We caution appellants that all further motions must contain a certificate of conference as required by Texas Rule of Appellate Procedure 10.1(a)(5). *See* TEX. R. APP. P. 10.1(a)(5).

/s/    DAVID EVANS
        JUSTICE